USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ROYAL ONE STOP SUPERMARKET CORP., :
:
                      Plaintiff, :
:
          -against- : 19-CV-7873 (VEC)
:
UNITED STATES OF AMERICA, UNITED : ORDER
STATES DEPARTMENT OF AGRICULTURE, :
AND FOOD AND NUTRITION SERVICES, :
:
                      Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared on December 6, 2019, for an initial conference;

    WHEREAS the parties indicated that no discovery is needed in this case other than the submission of the administrative record; and

    WHEREAS the parties indicated that this case could be resolved without the need for further litigation;

    IT IS HEREBY ORDERED that the parties appear for a status conference on **January 31, 2020, at 10:00 A.M.** A joint status letter shall be due on or before **January 23, 2020**. The letter must propose a schedule for the submission of the administrative record and any anticipated motions.

**SO ORDERED.**

**Date: December 9, 2019**                                      _____
       **New York, New York**                           **VALERIE CAPRONI**
                                                                **United States District Judge**